ROBERT WERSBA, Appellant, v. EQUITABLE LIFE ASSUR-
ANCE SOCIETY OF THE UNITED STATES, Respondent.

Argued December 6, 1938; decided January 4, 1939.

*Max Shlivek* and *Martin M. Kolbrener* for appellant.
*James D. Ewing* and *Peter C. Mann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.